**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*Select Street Address*
*Select City & State*

JGH
F. #2017R00137

July 18, 2022

By E-mail

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Sherry Xue Li & Lianbo Wang
     Criminal Docket No. 22-756 (SJB)

Dear Judge Bulsara:

  The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By: _____
         Josh Hafetz
         Assistant U.S. Attorney
         (718) 254-6290

Enclosure

cc: Clerk of Court (by ECF)

JGH
F.# 2017R00137

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SHERRY XUE LI and
LIANBO WANG,
  also known as "Mike Wang,",

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

CR 22-756 (SJB)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Josh Hafetz, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
        July 18, 2022

                                            HONORABLE RAMON E. REYES, JR.
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK