UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

SHERRY XUE LI,

               Defendant

-------------------------------------------------------X

                                    **NOTICE OF APPEARANCE**

                                    22-MJ-756

       PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District

of New York, I, NORA HIROZAWA, ESQ., of the Federal Defenders of New York, Inc., do hereby

represent the defendant, SHERRY XUE LI, in the above captioned case.

DATED:      Brooklyn, New York
               July 19, 2022

                                            /s/
                                   NORA HIROZAWA
                                   Assistant Federal Defender
                                   Federal Defenders of New York, Inc.
                                   Eastern District of New York
                                   One Pierrepont Plaza - 16th Floor
                                   Brooklyn, New York 11201
                                   (718) 330-1290
                                   nora_hirozawa@fd.org